BOLDEN *v.* STATE OF INDIANA.

[No. 0-428.   Filed January 19, 1956.]

*Emmitt W. Bolden, pro se.*

PER CURIAM.—Petitioner has again attempted an appeal to this court under Rule 2-40. The papers which he has filed contain no proper assignment of errors nor proper bill of exceptions, nor do they in any other manner comply with the provisions of Rule 2-40.

The assignment of errors constitutes petitioner's complaint in this court. It is a requisite to any appeal, and without a proper assignment of errors no jurisdiction is conferred upon this court. *Davis* v. *Pelley* (1952), 230 Ind. 248, 251, 102 N. E. 2d 910.

The petition herein is dismissed for want of jurisdiction.

Petition dismissed.

NOTE.—Reported in 131 N. E. 2d 301.